UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ZEOLA ELLIS, III**                                                                                    **PLAINTIFF**

v.                                    **CASE NO. 4:08cv04235 BSM**

**ARKANSAS STATE HOSPITAL**
**and CHARLES SMITH**                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered May 26, 2010, judgment is entered for defendants Arkansas State Hospital and Charles Smith. The motion for summary judgment filed by defendants is granted, and all claims are dismissed with prejudice.

IT IS SO ORDERED this 27th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE